IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DEBORAH G.,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of the Social Security Administration,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:25-cv-00009-RJS-DAO<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is the Report and Recommendation[1] issued in the above captioned case by Magistrate Judge Daphne A. Oberg on March 12, 2026.  The Report recommends the Commissioner's decision denying disability benefits for Plaintiff be reversed and remanded for additional administrative proceedings.[2]

In the Report, Judge Oberg notified the parties of their right to file any objections to the Report within 14 days of being served with a copy of it.[3]  She cautioned that "failure to object may be considered a waiver of objections."[4]

More than 14 days have now elapsed, and no party has filed an objection to the Report.[5] When no objections are filed, the Supreme Court has suggested no further review by the district

---

[1] Dkt. 20, *Report and Recommendation* (*Report*).

[2] *Id.* at 1–2, 15.

[3] *Id.* at 15.  *See also* 28 U.S.C. § 636(b)(1) (stating a party may file written objections to a magistrate judge's proposed findings and recommendations within 14 days of being served with a copy of the same); Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objection to the proposed findings and recommendations.  A party may respond to another party's objections within 14 days after being served with a copy.").

[4] *Report* at 15.

[5] *See Docket*.

court is required, but nor is it precluded.[6]  This court reviews for clear error any report and recommendation to which no objections have been raised.[7]

Having carefully considered the Report, the court determines Judge Oberg's analysis and conclusions are sound.  The court finds no clear error and the Report and Recommendation is adopted in full.

**ORDER**

It is hereby ORDERED that Plaintiff's Motion[8] is GRANTED and the Report and Recommendation[9] is ADOPTED in full.  The Clerk of Court is directed to close the case.

SO ORDERED this 27th day of March 2026.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[6] *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("The [Federal Magistrate's Act] does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection.").

[7] *See, e.g.*, *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made [to a magistrate judge's report and recommendation], the district court judge reviews those unobjected portions for clear error.") (citation omitted); *see also* Fed. R. Civ. P. 72(b) Advisory Committee's Note to 1983 Amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

[8] Dkt. 12.

[9] Dkt. 20.